## UNITED STATES DISTRICT COURT
### Southern District of Florida

JUN 1 4 2000

CLARENCE...
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
Plaintiff

Case Number: CR _____

V.S.

JODI ANN MAJOR
Defendant

**REPORT COMMENCING CRIMINAL ACTION**

TO: Clerk's Office    Miami    (Ft. Lauderdale)    W. Palm Beach
    U.S. District Court            (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 6/14/00  1205 AM

(2) Language Spoken: ENGLISH

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (✓) No    ( ) Unknown

(5) Date of Birth: 01/6/79

(6) Type of Charging Document:   (Check One)
    ( ) Indictment    (✓) Complaint    (To be filed/Already filed)

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES    ( ) NO

    Amount of Bond: $_____  Who set Bond: _____
(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: Jeffrey Outlaw
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 954-921-3509
(12) Comments: _____

