COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Jodi Ann Major (J)# | CASE NO: | 00-4140-BSS |
| AUSA: | Bruce Brown /present | ATTNY: | Calvin Farnsworth |
| AGENT: | | VIOL: | Importation & PWID cocaine |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED
JUN 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

— advised of charges
— sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 6-19-00 | 11:00am | Snow |
| PRELIM/ARRAIGN. OR XXXXXXX: | 6-23-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 6-14-00    TIME: 11:00am    TAPE # 00-049    PG #

3213-3415
Recalled
00 050
104