COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JODI ANN MAJOR (J)     CASE NO: 00-4140-BSS
AUSA: BRUCE BROWN            ATTY: FPD Lopez for Pat Hunt
AGENT:                       VIOL:
PROCEEDING PTD HEARING       RECOMMENDED BOND
BOND HEARING HELD - yes/no ) Stip COUNSEL APPOINTED

FILED by D.C.
JUN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @ 250,000 CSB w/ Nebbia

SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Both parties reserve the right to a detention / bond hearing.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:

Date: 6-19-00   Time 11:00   FTL/LSS TAPE #00- 029   Begin: 456   End: 505