BB:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## 00-6170

CASE NO. _____

21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)   CR-ROETTGER
18 U.S.C. § 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
v. )
)
JODI-ANN MAJOR, )
)
Defendant. )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 11, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JODI-ANN MAJOR,

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a) and Title 18, United States Code, Section 2.



## COUNT TWO

On or about June 11, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### JODI-ANN MAJOR,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE

1. The allegations contained in Counts I and II of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2. The defendant,

### JODI-ANN MAJOR,

upon conviction of violating Title 21, United States Code, Sections 952(a), and 841(a)(1), as alleged in Counts I and II above, shall forfeit to the United States any property constituting or derived from, any proceeds which the defendant,

### JODI-ANN MAJOR,

obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of such violation, all in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

3. Such forfeitures shall include, but are not limited to $1,500.00 in United States currency and the remainder of the defendant's round-trip airplane tickets returning to Jamaica.

4. If any of the above-described forfeitable property, as a result of any act or omission of the

2

defendant:

        i.     cannot be located upon the exercise of due diligence;

        ii.    has been transferred, or sold to, or deposited with a third party;

        iii.   has been placed beyond the jurisdiction of the Court;

        iv.   has been substantially diminished in value; or

        v.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of defendant up to the value of the above-described forfeitable property.

                              A TRUE BILL

                              Leonard Roth
                              FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.

JODI-ANN MAJOR                  **CERTIFICATE OF TRIAL ATTORNEY***
_____

**Superseding Case Information**:
**Court Division**: (Select One)   New Defendant(s)        Yes ____  No ____
                                   Number of New Defendants ____
___ Miami   ___ Key West           Total number of counts   ____
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_____
   List language and/or dialect ____English_____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        _X_         Petty      ____
   II   6 to 10 days       ___         Minor      ____
   III  11 to 20 days      ___         Misdem.    ____
   IV   21 to 60 days      ___         Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes____
   If yes:
   Magistrate Case No. _00-4140-BSS_____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of 6/11/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No If yes, was it pending in the Central Region? ___ Yes __ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                              REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JODI-ANN MAJOR            No.:_____

Count # 1:

Importation of cocaine; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count # 2:

Possession with intent to distribute a controlled substance;

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96