COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JODI ANN MAJOR (J)    CASE NO: 00-6170-CR-ROETTGER

AUSA: BRUCE BROWN    /pres    ATTY: FPD    Hunt

AGENT: _____    VIOL: _____

PROCEEDING ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____

___  BOND SET @ _____

___  SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

Reading of Indictment Waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

___    PTD/BOND HRG: _____

___    PRELIM/ARRAIGN: _____

___    REMOVAL HRG: _____    ✓

___    STATUS CONF:    7-10    //    BSS

Date: 6/23/00   Time 11:00    FTL/LSS TAPE #00- 033    Begin: 1086    End: 1121