DEFT: Jodi Ann Major (no deft needed)   CASE NO: 00-6170-CR-Roettger
AUSA: Bruce Brown  *present*   ATTNY: FPD Berube
AGENT: _____   VIOL: _____ for Bidwell
PROCEEDING: Status Conference   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out - no motions
Discovery rec'd
2 days to try
Gov't ready
possible plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 7-10-00   TIME: 11:00am   TAPE # 00-055   PG # 2

917946