```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

UNITED STATES          CASE NO.: 00-6170-CR-ROETTGER
OF AMERICA
                       NOTICE OF APPEARANCE
vs.

JODI ANN MAJOR
_____/
```

COMES NOW the undersigned counsel and files this his permanent appearance for trial on behalf of the defendant, Jodi Ann Major, in the instant matter.

Done on this the 21st day of July, 2000.

```
                              Respectfully Submitted,


                              ISRAEL PEREZ, JR.
                              Attorney for Defendant
                              Florida Bar No. 0341363
                              P.O.Box 832482
                              Miami, Fl. 33283-2482
                              Tel: (305) 644-9400
                              Fax: (305) 644-0920
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail on July 21st, 2000 to: Bruce O. Brown, Assistant United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33394 and a copy hand-delivered to: Patrick M. Hunt, Assistant Federal Public Defender, 101 Northeast 3rd Avenue, Suite 202, Ft. Lauderdale, Florida 33301-1100.

ISRAEL PEREZ, JR
Attorney for Defendant
Fl. Bar No. 0341363