UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
6/70
CASE NO. 00-~~6071~~-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| JODI ANN MAJOR, | : |
| Defendant. | : |
| _____ | : |

**MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL**

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Jodi Ann Major, be terminated as the Defendant has retained Israel Perez, Esq., P. O. Box 832482, Miami, FL 33283, to represent her in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully Submitted,

By: _____

Patrick M. Hunt
Asst. Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify trat a true and correct copy of the aforementioned motion was mailed on this 21st day of July, 2000, to Bruce Brown, Assistant United States Attorney, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301.

Patrick M. Hunt