UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6170-CR-ROETTGER

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

JODI ANN MAJOR,                 :

    Defendant.              :
_____

FILED by ___ D.C.
AUG - 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE is before the Court on the Federal Public Defender's Motion for Termination of Appointment of Counsel (DE 16). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED as Israel Perez, Esquire, has filed a notice of appearance. The Federal Public Defender's Office is hereby released from any further duties in this cause.

DONE AND ORDERED at Fort Lauderdale, Florida, this 2nd day of August, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
Israel Perez, Esq.
AFPD Patrick Hunt (FTL)