'"ED BY _____ B.C.
TAKE

00 AUG 17 PM 3:37

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6170-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JODI-ANN MAJOR

    Defendant.
_____/

## MOTION TO CONTINUE TRIAL DATE

The Defendant, Jodi-Ann Major, by and through undersigned counsel moves this Honorable Court to grant a continuance in the above styled cause and as grounds would state the following:

1) This cause is presently set for trial during the two week trial period starting on August 23, 2000. This is the first time up for trial.

2) Plea negotiations have started underway, but are not completed at this time and further time is needed to complete them.

3) Undersigned counsel is in possession of a Plea Agreement provided by AUSA Bruce O. Brown, however, undersigned counsel needs further time to conduct additional discovery.

4) Pursuant to local rules, the undersigned has been in contact with AUSA Bruce O. Brown and the goverment

NON-COMPLIANCE OF S.D. fla. L.R. 5.1 B § 71.A.4

```
U.S. vs. Major
00-6170-CR-Roettger/Snow
Pg. 2
```

4) cont'd. has no objection to the granting of this continuance.

5) The defendant waives all speedy trial rights.

6) This is a one defendant case and the defendant is presently in custody at F.D.C. Miami.

7) This motion is not filed to delay but in the interest of justice, in order to properly investigate defendant's case and advise her accordingly.

WHEREFORE, the defendant, through undersigned counsel, would move this Honorable Court to grant the present motion to continue and set the trial of this matter as soon hereafter as the Court's calendar permits.

Respectfully Submitted,

Israel Perez, Jr.
Attorney for Defendant
Fl. Bar No.: 0341363
P.O. Box 832482
Miami, Fl. 33283-2482
Tel. (305) 644-9400

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was sent by U.S. Mail to: Bruce O. Brown, AUSA, 500 E. Broward Blvd., St. 700 Ft. Lauderdale, F. 33394-3002 on this the 17th day of August, 2000.

Israel Perez, Jr.
Attorney for Defendant