DEC - 2000

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6170-CR-NCR  Date: 12/4/00
Courtroom Clerk: P. Hait    Court Reporter: Reevis
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Brown

Defendant(s): J. Major (P)    Counsel: D. Perez

Reason For Hearing: Plea Ct #1

Result of Hearing/Judgment: △ plead & adj as guilty PSI ordered. Sent. set 2/16/2001 at 10:30 A.M.

Misc.: _____