```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO.: 00-6170-CR-ROETTGER
UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JODI-ANN MAJOR,

       Defendant.
_____/
```

### DEFENDANT'S OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT (PSI)

The Defendant, JODI-ANN MAJOR, by and through her undersigned counsel and pursuant to F.R.Crim.P. 32(b)(6)(B), respectfully files her objections to the Pre-Sentence Investigation ("PSI") Report and states as follows:

1. The address and telephone numbers for defense counsel are incorrectly stated on the PSI Report and should be corrected to show the address and telephone numbers stated in this pleading.

2. DEFENDANT OBJECTS TO ITEM NUMBERED 17, ON PAGE 6 OF THE PSI, ADJUSTMENT FOR ROLE IN THE OFFENSE.

Defendant would state that pursuant to § 3B1.2(b) of the Federal Sentencing Guidelines (2000), a two level decrease should be applied to the defendant for being a minor participant in the criminal activity. The undersigned counsel has discussed this item with the Assistant



U.S.A. vs. Jodi-Ann Major
Page 2, 00-6170-CR-Roettger

2. (cont'd) United States Attorney assigned to this case and it is believed that the goverment will not object to this reduction. This matter should be resolved prior to the sentencing date.

3. Defendant and undersigned would request that Item Numbered 29, on page 7 of the PSI, be corrected to show that undersigned counsel was not present when the interview of the defendant was conducted at the Federal Detention Center (FDC) in Miami, Florida.

4. Defendant would request that Item Numbered 40, on page 10 of the PSI be corrected to show that the defendant attended the Jamaica Commercial Institute in Montego Bay, Jamaica and not the Montego Bay Community College.

Respectfully Submitted,

_____
ISRAEL PEREZ, JR.
Attorney for Defendant
Fl.Bar No.: 0341363
P.O.Box 832482
Miami, Fl. 33283-2482
Tel: (305) 644-9400
Fax: (305) 270-0148

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendant's Objections to the Pre-Sentence Investigation Report was forwarded to: Thomas E. Felasco, U.S. Probation Officer, Room 315, U.S. Courthouse, 300 N.E. First Avenue, Miami, Florida 33132-2126; also via facsimile to: (305) 523-5496, and to: Bruce O. Brown, Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394-3002.

Done on this the 26th day of January, 2001.

BY: _____
ISRAEL PEREZ, JR., ESQ.
FL. Bar No.: 0342363