

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6170-CR-ROETTGER

UNITED STATES OF AMERICA

v

JODI-ANN MAJOR

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY FEBRUARY 23, 2001 at 1:30 P.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

SENTENCING

---

CLARENCE MADDOX, CLERK

DATED: 2/2/01

BY: P. Hart

Deputy Clerk