HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

MAR 8 - 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6170-CR-NCR    Date: 3/7/01
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter: _____

Plaintiff(s): U S A    Counsel: Brown

Defendant(s): J. Major (J)    Counsel: W. Perez

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine, 37 months, 3 yrs S.R., non-reporting if deported, assessed $100.00, surrender to INS

Misc.: _____