DEFENDANT: **JODI ANN MAJOR**
CASE NUMBER: 0:00CR06170-001  Roettger

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __37__ month(s).

Defendant to receive credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __5-22-01__ to __FCI Tallahassee__
at __Tallahassee, FL__, with a certified copy of this judgment.

Schelia A. Clark, Warden
FCI Tallahassee

UNITED STATES MARSHAL

By __Kenneth__
Deputy U.S. Marshal